IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TOBIAS MITCHELL                                                                PLAINTIFF

v.                                  No. 4:22-cv-260-DPM

POROCEL INDUSTRIES, LLC; EVONIK
CORPORATION; and JOHN DOES 1-10                              DEFENDANTS

## ORDER

The Court notes the joint report and resolves the parties' discovery disputes as follows.

- **Contact Information**

Porocel and Evonik must provide the contact information for those individuals identified in the discovery responses.

- **Requests for Production 1-3 & 14**

Porocel and Evonik's objections are sustained. The entities say they produced all responsive documents. No further warranty is required.

- **Interrogatory No. 9 & Request for Production 11**

Porocel and Evonik's objections are sustained. Information from Evonik about who conducted HR investigations is irrelevant because Mitchell was fired two months before Evonik acquired Porocel.

- **Interrogatory No. 14 & Request for Production 15**

Porocel and Evonik's objections are overruled. The entities haven't moved for dismissal of the age discrimination claim based on the exhaustion issue, so information relevant to that claim is discoverable.

- **Supplemental Interrogatories Nos. 3-4 & Request for Production 3**

Porocel and Evonik's objections are overruled. It's possible that something in Evonik's policies could be relevant to whether or how it retained any of Porocel's information.

- **Supplemental Interrogatories Nos. 5-6 & Requests for Production 5-6**

Porocel and Evonik's objections are sustained. They say they aren't aware of any lawsuits pre-acquisition.

\*   \*   \*

Porocel must provide its supplemental responses and production by 24 November 2023. Joint report, *Doc.* 22, addressed.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 October 2023