IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TOBIAS MITCHELL                                                                PLAINTIFF

v.                              No. 4:22-cv-260-DPM

POROCEL INDUSTRIES, LLC; EVONIK
CORPORATION; and JOHN DOES 1-10                            DEFENDANTS

JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 3 May 2024 to enforce the parties' settlement.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 March 2024